

FILED
LODGED
RECEIVED
MAIL

APR 0 8 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY                          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT ~~TACOMA~~ Seattle

| | | |
|---|---|---|
| Richard Scott | ) | C_____ 2:25-cv-00648-RAJ-TLF |
| | ) | |
| v | ) | |
| | ) | §1983 |
| Dr. Havens | ) | Complaint |
| _____ | ) | |

1.  Jurisdiction

1.1 This court has jurisdiction and venue since plaintiff lives in Pierce County

2  Parties

2.1 Plaintiff          Richard Scott

                       Box 88600

                       Steilacoom, Wash 98388

2.2 Defendants        Dr. Havens

                       Box 88450

                       Steilacoom, Wash 98388


STATEMENT OF CASE

Plaintiff  Scott is a civil detainee housed at the Special Commitment Center (SCC) on McNeil Island.

Dr. Havens is the Medical Department Director and Scott

alleges she is not providing adequate medical care and has shown indifference and is in  violation of the ADA as it relates to 77 yr old Scott.

Scott alleges he is danger of imment death or serious injury

3. FACTS

3.1 Plaintiff Scott is a civil detainee, not an inmate

3.2 77 yr old Richard Scott has been a resident at the Special Commitment  Center (hereafter SCC) on McNeil Island since 2003

3.3 SCC is a division of DSHS/BHA

3.4 Medical staff issued a HSR for Meals on the Unit

3.5 Medical staff issued a HSR for a hospital bed for Scott

3.6 Medical staff had an emergency call button added to Scott room

3.7 Medical staff moved Scott twice to the medical unit which is the only unit with hospital beds and emergency call buttons

3.7a Dr. Havens asked the PT, man to opt as to Scott's need for a hospital bed and he opted Scott needed a hospital bed because the guard rail to keep him from falling out and to hang onto when getting up, due to vertigo.

3.8 Medical staff is a HSR for  no more then 6 stairs

a) due to Scotts' vertigo

b) and shortness of breath

3.8a Dr.Havens asked the Physical therapist to take Scott down a flight of stairs. He did and he reported Scott's pulse jumped to 170. And that Scott reported a fear of falling down

the cement steel stairs.

3.9 Scott was diagnosed as having diabetes

3.10 Scott was diagnosed by medical staff as having a high ACi

3.11 Scott was diagnosed by medical staff as having COPD

a) and was given a (?) forgot the name

3.12 Scott was diagnosed as having Altimers/dementia

3.13 Scott was diagnosed as having a thyroid condition

3.14 X-Rays showed Scotts' neck is arthritic

3.15 X-Rays showed a growth in Scott Lungs

3.16 Dr Haven about 8 months ago moved Scott to a downstairs, basement living unit

a) which Scott had twice been moved from to the medical unit

3.17 Dr. Haven refused to reup Scotts' Meals on the Unit (MOUs)

3.18 Scott is not receiving now any treatment/meds for his high ACi

a) or diabetes

b) or shortness of breath

3.19 Dr, Haven is refusing to increase Scotts' Altimers meds as recommended over time

3.20 Recently Scott was seen in the trauma room

a) For shortness of air

b) High blood pressure

3.20 Scott complained of involuntary bowl movements and asked for auld diapers to no avail

3.21 Scott has asked to see the optometrist 10 times over the last 9 months to no avail

a) due to eye pain

3.22 Scott has a prescription for transitional glasses

3.23 Dr. Haven is refusing to allow him same

b) Scott offered to buy his own to no avail

3.24 Scott has complained recently of diarea (the runs) to no avail

a) and dehydration to no avail

3.25 Scott has complained of lower back (spin?) pain when standing still and asked for a walker with a seat

a) not even seen

3.25 Dr. Haven is personally aware Scott wonders/weaves when he walks, often bouncing off walls or other persons but refuses to give him a walker.

3.26 Medical staff issued a HSR for a med van for Scott. It has lift so he doesn't have use the van stairs.

a. Otherwise they use a former hard seat police car

b. Residents are handcuffed. waste handcuffes


4.  RELIEF

4.1  $50,000

4.2  Any other relief the court feels is needed to correct constitutional and ADA violations


Signed 3-8-25


Signed this 8th day of March 2025

R.R. Scott

Box 88600

Steilacoom, Wa 98388

253-512-6565

Case 2:25-cv-00648-RAJ    Document 1    Filed 04/08/25    Page 6 of 6

Richard Scott Pro Se

Box 88600

Steilacoom, Wa 98388

FILED
LODGED
RECEIVED

MAIL

APR 08 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY                    DEPUTY

LEGAL MAIL




US POSTAGE IMI PITNEY BOWES
ZIP 98388    $ 000.97⁰
02 4W
0000367520 MAR. 26. 2025

US District Court
200 Stewart.
Sea WA 98701

~~US District Court~~
~~1717 Pacific Ave RM3100~~
~~Tacoma, WA~~
~~98403~~