1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

RICHARD SCOTT,

Case No. 2:25-cv-00648-RAJ-TLF

7

Plaintiff,

8

v.

ORDER DENYING PLAINTIFF'S
MOTION TO CONSOLIDATE

9

HAVENS,

10

Defendant.

11       This matter comes before the Court on plaintiff Richard Scott's motion to

12 consolidate the instant case with *Scott v. Devos,* 3:25-cv-5312-DGE-SKV. Dkt. 12.

13       Pursuant to Western District of Washington Local Civil Rule 42(b)[1], the parties

14 are required to meet and confer prior to filing a motion to consolidate. Defendant states

15 plaintiff did not confer with defendant prior to filing the instant motion; plaintiff has not

16 filed a declaration or statement claiming otherwise. Dkts. 12, 14.

17       The Court reminds plaintiff that, "[p]ro se litigants must follow the same rules of

18 procedure that govern other litigants," *Briones v. Riviera Hotel & Casino*, 116 F.3d 379,

19 381 (9th Cir. 1997), including the Federal Rules of Civil Procedure and the Western

20 District of Washington's Local Civil Rules. Although his pro se pleadings are held to a

21 "less stringent standard than formal pleadings drafted by lawyers," plaintiff still must

22 meet the requirements of the rules. *Haines v. Kerner*, 404 U.S. 519, 520 (1972). *See*

23

24 [1] 032725 WAWD Local Civil Rules - Clean.pdf

25

ORDER DENYING PLAINTIFF'S MOTION TO
CONSOLIDATE - 1

*also King v. Atiyeh,* 814 F.2d 565, 567 (9th Cir.1987) ("Pro se litigants must follow the same rules of procedure that govern other litigants.") (citation omitted), *overruled on other grounds, Lacey v. Maricopa County,* 693 F.3d 896, 2012 WL 3711591 (9th Cir. Aug.29, 2012).

Thus, plaintiff's motion to consolidate is denied without prejudice for failure to follow Local Civil Rule 42(b).

Dated this 10th day of September, 2025.

Theresa L. Fricke
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO
CONSOLIDATE - 2