UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD SCOTT,

        Plaintiff,

v.

HAVENS,

        Defendant.

Case No. 2:25-cv-00648-RAJ-TLF

[PROPOSED] ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Defendant's motion to dismiss under Rule 12(b)(6) is GRANTED. Dkt. 9

(3) Plaintiff is granted thirty days from the date of this Order to file an amended complaint.

Dated this 14th day of November, 2025

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER - 1