UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD SCOTT,

                 Plaintiff,

     v.

HAVENS,

                 Defendant.

Case No. 2:25-cv-00648-RAJ-TLF

[PROPOSED] ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's motions for joinder (Dkts. 21, 24) are DENIED.

(3)    Plaintiff's complaint is DISMISSED without prejudice.

Dated this 22nd day of January, 2026 .

_____
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER - 1