WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Richard Scott        )        C2-25-00648-RAJ-TLF
v                    )
                     )        NOTICE OF APPEAL
HAVENS               )
                     )
_____)

_____ FILED _____ LODGED
_____ RECEIVED

**FEB 02 2026**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

COME NOW Richard Scott pro se with his notice of appeal of 1-22-26 order dismissing his section

1983 complaint

Signed 1-29-26

Richard Roy Scott
Box 88600
Steilacoom, Was 98388

PROOF OF MAIOLIMG
I mailed one copy of my notice of appeal on  1-28-26 to

ATG Sampson and Jensen and wilson
Box 50124
Oly Wa 98504

Richard Scott Box 88600
Steilacoom, Wa 98388

R.R. Scott Pro Se
Box 88600
Steilacoom, Wa 98388

SEATTLE WA 980

30 JAN 2026 PM 5 L



US POSTAGE
ZIP 98385
02 4W
0000367620 JAN 30 2026
$ 000.74

LEGL MAIL

US District Court
1717mPacific Ave RM3100
Tacoma Wa 98402-3100



:D _____ LODGED
_____ RECEIVED

FEB 02 2026

CLERK U.S. DISTRICT COURT
___ OF WASHINGTON AT TACOMA
DEPUTY

98402-310099